

The following constitutes the order of the Court.
Signed: February 9, 2021

_____
**Roger L. Efremsky
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re                                                  No. 21-10002 RLE

ARIEL THEALIA TOMIOKA,                                 Chapter 7

      Debtor.
_____/

**ORDER DENYING MOTION TO SET ASIDE
ORDER AND NOTICE OF DISMISSAL**

On January 5, 2021, Debtor filed the above-captioned bankruptcy case. The case was a skeleton filing and the majority of the required documents were missing (the "Missing Documents"). In addition to the Missing Documents, Debtor also did not file the List of Creditors as required by 11 U.S.C. § 521(a)(1) (the "List of Creditors").

On January 5, 2021, the court issued a Notice of Failure of Debtor(s) to Provide Statement of Social Security Number and/or List of Creditors (the "Notice"). The Notice required Debtor to file the List of Creditors within 14 days of the Notice and warned that failure to do so may result in the case being dismissed without

further notice or hearing.

Subsequently, on January 6, 2021, the court issued an Amended Order for Individuals in Chapter 7 Case to File Required Documents and Notice of Automatic Dismissal (the "Order"). The Order required Debtor to file the Missing Documents within 14 days of the petition and warned that failure to do so may result in the case being dismissed without further notice or hearing.

As of January 27, 2021, Debtor had not filed the Missing Documents. Thus, the case was dismissed that same day for Debtor's failure to comply with the Order. When the case was dismissed, Debtor had not filed the List of Creditors.

On February 5, 2021, Debtor filed the current Motion to Set Aside Order and Notice of Dismissal (the "Motion"). Along with the Motion, Debtor filed the Missing Documents.

The court has reviewed the Motion and, while sympathetic, declines to grant Debtor the relief sought. Specifically, while Missing Documents have been filed, Debtor has still not filed the List of Creditors. Thus, one month after the case was filed, the court still has no way of notifying Debtor's creditors of the existence of this bankruptcy case.

For the above reason, and good cause appearing, therefore,

IT IS HEREBY ORDERED that Debtor's Motion to Set Aside Order and Notice of Dismissal be, and hereby is, DENIED.

***END OF ORDER***

COURT SERVICE LIST

Ariel Thealia Tomioka
290 7th Street, Apt D
Lakeport, CA 95453