# Notice Recipients

| District/Off: 0971–1 | User: dsondheim | Date Created: 2/9/2021 |
|---|---|---|
| Case: 21–10002 | Form ID: pdfeoc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Ariel Thealia Tomioka     290 7th Street     Apt D     Lakeport, CA 95453

TOTAL: 1